# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Braulio S. Rodriguez (xx/xx/1985) | ) | Case No. 18-M-1231 |
| Karl J. Schneider (xx/xx/1986) | ) | |
| Erin L. Kmichik (xx/xx/1992) | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 15 - January 25, 2018** in the county of **Milwaukee** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., § 1951(a) | Hobbs Act Robbery |
| Title 18, U.S.C., § 924(c) | Brandishing a firearm during a crime of violence |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

TFO Matthew Gibson, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/29/18

_____
Judge's signature

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Gibson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have over 26 years of experience as a law enforcement officer and am currently assigned to the Milwaukee FBI Violent Crime Task Force as a Deputized Federal Task Force Officer. I was a Special Agent with the Federal Bureau of Investigation for over 23 years and have been an Investigator with the Milwaukee County District Attorney's Office since June 2015. I have participated in numerous complex narcotics, money laundering, violent crime, armed bank robbery, and armed commercial robbery investigations in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 924(c), 1951, 1956, 1957, 2113, and other related offenses. I have employed a wide variety of investigative techniques in these and other investigations, including but not limited to, the use of informants, wiretaps, cooperating defendants, recorded communications, search warrants, surveillance, interrogations, public records, DNA collection, and traffic stops. I have also received formal training regarding the same. As a Federal Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is based upon my personal knowledge as well as information reported to me by other federal, state, and local law enforcement officers during the

1

course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon information gathered from interviews of citizen witnesses, reports, official records, law enforcement reports, telephone records, subpoenaed records, and my training and experience. This affidavit provides probable cause that Braulio S. Rodriguez, Karl J. Schneider, and Erin Kmichik, committed armed robberies at commercial businesses on January 15, 17, 19, 21, 23, and 25, 2018, all in violation of Title 18, U.S.C., § 1951(a) (Hobbs Act robbery), and brandishing a firearm during a crime of violence, in violation of Title 18, U.S.C., § 924(c).

**PROBABLE CAUSE**

3. From January 15, 2018 through January 25, 2018, the Milwaukee Police Department (MPD) was investigating a series of armed robberies at commercial businesses, further described below, which appeared to be committed by the same suspects.

4. On January 15, 2018, two male suspects robbed the Orgullo Latino Mini Mart, located at 2491 South 9th Place, Milwaukee, WI. One suspect brandished a firearm and demanded money from an employee while the second suspect stood outside the exit door. The suspect with the firearm racked the slide of the gun and demanded that the employee hurry. The armed suspect obtained cash from the register, and then both suspects fled from the store. A store employee reported a loss of approximately $150.

5. On January 17, 2018, two male suspects robbed Arthur Foods, located at 2501 South 6th Street, Milwaukee, WI. One suspect brandished a firearm, racked the slide,

2

and pointed the weapon at a victim employee. The armed suspect demanded money while the second suspect stood outside the exit door. The armed suspect obtained approximately $295 and a pack of Newport cigarettes, and then both suspects then fled on foot.

6. On January 19, 2018, an employee in the back room of Roman's Foods, located at 2441 South 18th Street, Milwaukee, WI, observed two suspects approach the front of the store on the store surveillance video system. One suspect was armed with a handgun. Employees engaged the magnetic door lock to keep the entrance door closed. The armed suspect repeatedly pushed on the door and forced it open. The armed suspect entered the store and demanded money. The armed suspect racked the slide of the firearm while the second suspect kept the door open. Employees did get into the back room, and the suspects did not obtain anything and fled.

7. On January 21, 2018, two male suspects robbed Scott Beer and Food, located at 1201 South 33rd Street, Milwaukee, WI. The armed suspect racked the slide of a handgun and demanded money from an employee. The second suspect stood outside the store entrance. The armed suspect obtained $696 from an employee, and both suspects fled on foot.

8. On January 23, 2018, two suspects robbed Centro Café, located at 808 East Center Street, Milwaukee, WI. The armed suspect pointed a handgun at an employee and demanded money. The second suspect stayed by the entrance door. After obtaining $260, the suspects fled from the store.

3

9. On January 25, 2018, at approximately 2:48 pm, two suspects robbed Arthur Food Mart, located at 2501 South 6th Street, Milwaukee, WI. The armed suspect racked the slide of the handgun and demanded money and a pack of cigarettes from an employee. The second suspect stayed by the entrance door. Investigation identified a potential getaway vehicle as a newer silver Dodge Dart. The store reported a loss of $100 and a pack of Newport cigarettes.

10. On January 25, 2018, undercover MPD officers conducted surveillance of Franks Food Mart, located at 2500 South 9th Street, Milwaukee, WI. At approximately 4:41 pm, officers observed two suspects, subsequently identified as Braulio Rodriguez and Karl Schneider, approach the entrance to Franks Food Mart. Officers observed the suspects pull masks over their faces, and the officers saw Rodriguez with a handgun. Rodriguez went into the store while Schneider kept the entrance door open. Rodriguez and Schneider walked away from the store toward the location where the undercover officers were parked. The officers exited their vehicle, identified themselves as police officers, and arrested Schneider and Rodriguez. As Rodriguez was taken into custody, a firearm fell from his waistband. The weapon was determined to be a Glock .45 caliber semi-automatic pistol, which contained eight cartridges.

11. As Schneider and Rodriguez were being taken into custody, an employee of Franks Food Mart came out of the store and told officers that the two suspects had just robbed the store. The employee reported that one suspect entered the store, brandished

a handgun, racked the slide, and demanded money while the second suspect kept the exit door open. The store reported a loss of $550.

12. Responding MPD squads observed a newer silver Dodge Dart in the area. The vehicle was registered to Karl Schneider who officers knew had just been arrested for the Franks Food Mart armed robbery. The vehicle was stopped at 551 West Becher, and the driver was identified as Erin Kmichik.

13. On January 25, 2018, Karl J. Schneider was interviewed at the Milwaukee Police Department. Schneider waived his rights and the interview was recorded. Schneider admitted that he had committed all the aforementioned robberies except the robbery at Orgullo Latino Mini Mart on January 15, 2017. Schneider stated that he could not remember doing that particular robbery. Schneider stated that Rodriguez was armed with the Glock .45 caliber pistol in each robbery and that Erin Kmichik waited in the getaway car. Schneider stated that Kmichik was aware of the robberies. Schneider stated that he and Rodriguez were heroin addicts and needed the money to obtain drugs.

14. On January 26, 2018, Erin L. Kmichik was interviewed at the Milwaukee Police Department. Kmichik stated that Braulio Rodriguez, Karl Schneider, and she are heroin addicts. Kmichik waived her rights and the interview was recorded. Because they had no money, Schneider and Rodriguez decided to commit all the aforementioned robberies to obtain money for drugs. Kmichik stated that over the past week, she was in the car as Schneider and Rodriguez drove around looking for businesses to rob. Schneider would park the getaway car, Rodriguez would arm himself with a handgun, and then

Schneider and Rodriguez would exit the car to do the robberies. Kmichik waited in the car. When they returned to the car, Rodriguez would have the money from the robberies. Kmichik stated that all three used the robbery proceeds to purchase drugs, which they all shared. Kmichik stated that she learned from Rodriguez that he always had the gun and obtained the money, while Schneider stayed by the door as a lookout.

15. On January 26, 2018, Braulio S. Rodriguez was interviewed at the Milwaukee Police Department. Rodriguez waived his rights and the interview was recorded. Rodriguez admitted that he had committed all the aforementioned robberies except the robbery at Roman's Foods on January 19, 2018. Rodriguez admitted that he used Karl Schneider's firearm to commit the robberies. Rodriguez stated that Schneider did the robberies with him and Erin Kmichik was in the car during the robberies. Rodriguez explained that after they obtained money from the robberies, all three purchased and shared drugs.

## CONCLUSION

16. Based on the facts set forth in the previous section, I submit that probable cause exists to believe that Braulio S. Rodriguez, Karl J. Schneider, and Erin L. Kmichik, committed the aforementioned armed commercial robberies on January 15, 17, 19, 21, 23, and 25, 2018, all in violation of Title 18, U.S.C., § 1951(a) (Hobbs Act robbery), and brandishing a firearm during a crime of violence, in violation of Title 18, U.S.C., § 924(c).