# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.  CASE NO. 18-CR-24-1-JPS

KARL SCHNEIDER.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: November 8, 2018 | TIME SCHEDULED: 10:30 a.m. |
| COURT DEPUTY/CLERK: Nathan Bader | TIME CALLED: 10:35 a.m. |
| COURT REPORTER: Rich Ehrlich | TIME FINISHED: 11:29 a.m. |

GOVERNMENT BY: Christopher Ladwig

DEFENDANT BY: Ronnie Murray

PROBATION BY: Daniel Dragolovich

Notes:

10:35  Appearances; Court puts background of case on record, including Defendant's having pled guilty to Counts 1, 3, 5, 7, 9, 11, 13, and 14 of the Indictment; Court notes it has reviewed presentence report

10:37  Parties have reviewed presentence report and have no objections to the facts as stated therein; Court therefore adopts the facts as stated in the presentence report

10:39  Court notes applicable Guidelines:
- Total Offense Level: 28
- Criminal History Category: I
- 78 to 97 months' imprisonment as to Counts 1, 3, 5, 7, 9, 11, and 13, and 84 months as to Count 14, consecutive to all other counts
- 1 to 3 years' supervised release as to Counts 1, 3, 5, 7, 9, 11, and 13, and 2 to 5 years as to Count 14
- $25,000.00 to $250,000.00 fine
- $1,501.00 restitution
- $800.00 special assessment

10:41  Parties accept these guidelines; Court will adopt for purposes of considering Defendant's sentence

| Time | Event |
|---|---|
| 10:43 | Court raises government's motion filed pursuant to U.S.S.G. § 5K1.1, Defendant declines to have proceeding sealed; Court grants government's motion and leaves it to counsel to argue for an appropriate sentence reduction |
| 10:45 | Defendant's attorney makes a statement on his behalf; requests sentence of 96 months' imprisonment and placement as near to Milwaukee as possible |
| 10:49 | Defendant makes a statement on his behalf |
| 10:52 | Brian Schneider, Defendant's brother, makes statement |
| 10:53 | Lynn Schneider, Defendant's mother, makes statement |
| 10:55 | Brandy Bacon, the mother of Defendant's child, makes statement |
| 10:57 | Government makes a statement; requests sentence of 137 months' imprisonment |
| 11:03 | Court discusses statements of the parties, facts of the case, and facts as presented in presentence report |
| 11:20 | Court notes that it previously circulated proposed conditions of supervised release; parties have reviewed them and have no objections thereto |
| 11:22 | Court imposes the following formal sentence: 32 months of imprisonment as to Counts 1, 3, 5, 7, 9, 11, and 13, to operate concurrently, and 84 months as to Count 14, consecutive to all other counts, for a total term of 116 months<br><br>3 years of supervised release as to Counts 1, 3, 5, 7, 9, 11, and 13, and 3 years as to Count 14, to operate concurrently for a total term of 3 years<br><br>Fine is waived<br><br>$1,501.00 restitution<br><br>$800.00 special assessment<br><br>Counts 2, 4, 6, 8, 10, and 12 of the Indictment are dismissed<br><br>Recommendation placement most near the Eastern District of Wisconsin |
| 11:28 | Court advises Defendant of his right of appeal |
| 11:29 | Parties have nothing further to address |
| 11:29 | Court stands in recess |

# FORMAL SENTENCE

| Custody of Bureau of Prisons | Supervised Release / Probation |
|---|---|
| 32 months as to Counts 1, 3, 5, 7, 9, 11, and 13, to operate concurrently, and 84 months as to Count 14, consecutive to all other counts, for a total term of 116 months | 3 years as to Counts 1, 3, 5, 7, 9, 11, and 13, and 3 years as to Count 14, to operate concurrently for a total term of 3 years |

## Fine

Terms: None

- ☒ Fine waived due to Defendant's inability to pay
- ☐ Interest on fine is waived
- ☐ Defendant to participate in FBP Inmates' Financial Responsibility Program
- ☒ Payments to apply to special assessment, then fine or restitution (if applicable)
- ☐ Court imposes costs of incarceration, community confinement, and supervision

## Restitution

Terms: $1,501.00
Payee(s): Orgullo Latino Mini Mart, Arthur Foods, Scott Beer, and Centro Cafe
Special Terms of Payment: Joint and several with co-defendants

## Conditions of Supervised Release

| | | | |
|---|---|---|---|
| ☒ | Report in 72 hours | ☒ | Follow probation officer instructions |
| ☒ | No other crimes | ☒ | Permit probation visits and confiscation |
| ☒ | No firearms or other dangerous weapons | ☒ | No association with criminals |
| ☒ | No illegally possess controlled substances | ☒ | Shall not knowingly leave district |
| ☒ | Drug and alcohol testing | ☒ | No informer agreement without approval |
| ☒ | Reside at approved residence | ☒ | No new credit charges |
| ☒ | Best efforts to secure full-time employment | ☒ | No transfer over $500 without approval |
| ☒ | Notify if change of residence / employment | ☒ | Financial disclosures |
| ☒ | Notify probation of arrest | ☒ | Restitution: $25/month, apply 100% of refund, no change in exemptions |

## Special Assessment

Terms: $800.00

- ☒ To be paid immediately to the Clerk of the Court, Room 362
- ☐ To be paid prior to the expiration of this sentence
- ☐ Other:

## Forfeiture

Terms: None

## Custody Status

☒ Defendant remanded to custody of U.S. Marshal
☐ Execution of sentence stayed until ____
☐ Defendant shall voluntarily surrender to institution on or after ____
☐ Defendant's bond continued until he/she reports
☒ Defendant advised of right of appeal
☒ Recommendations for BOP: placement most near WIED, drug treatment program

## Other

☒ Upon motion of the government, Counts 2, 4, 6, 8, 10, and 12 be and the same are hereby DISMISSED
☐ Court orders that drug testing requirements be and the same are hereby WAIVED

## STATEMENT OF REASONS

☒ The Court adopts the factual findings and Guideline application in the presentence report

or

☐ The Court adopts the factual findings and Guideline application in the presentence report except as noted at sentencing

Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 28 |
| Criminal History Category: | I |
| Imprisonment Range: | 78-97 months' imprisonment as to Counts 1, 3, 5, 7, 9, 11, and 13, and 84 months as to Count 14, consecutive to all other counts |
| Supervised Release Range: | 1-3 years' supervised release as to Counts 1, 3, 5, 7, 9, 11, and 13, and 2-5 years as to Count 14 |
| Fine Range: | $25,000.00–$250,000.00 |
| Restitution: | $1,501.00 |
| Special Assessment: | $800.00 |

☒ Fine is waived or is below the Guideline range because of Defendant's inability to pay
☐ Full restitution is not ordered for the following reasons:

☐ The sentence is within the Guideline range, that range does not exceed 24 months, and the Court finds no reason to depart from the sentence called for by application of the Guidelines

or

☐ The sentence is within the Guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

or

☒ The sentence departs from the Guideline range for the reasons set forth at sentencing