BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Fikes - Warden | DATE: 6/1/21 |
|---|---|
| FROM: Karl Schneider | REGISTER NO.: 16464-089 |
| WORK ASSIGNMENT: Facilities | UNIT: K2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am requesting a 3582 reduction in sentence by 14 months or such other time as is appropriate in light of the harsh prison conditions associated with the covid-19 / modified operations.

(Do not write below this line)

DISPOSITION:

FCI Sandstone

JUN 0 2 2021

Warden's Office

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                                Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

**SECTION 6**

SCHNEIDER, Karl
Reg. No.: 16464-089 (K2)

This is in response to your Inmate Request to Staff, received June 1, 2021, wherein you request to be considered for a Reduction in Sentence (RIS). Specifically, you cite the hardships experienced during the Bureau of Prisons' modified COVID-19 operations as an extraordinary and compelling circumstance that warrants RIS consideration.

According to Program Statement (P.S.) 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g)</u>, the BOP has determined the following criteria may be used to file for a RIS: Terminal Medical Condition, Debilitated Medical Condition, certain Elderly Inmate conditions, Death or Incapacitation of a Family Member Caregiver (for children under the age of eighteen), and Incapacitation of a Spouse or Registered Partner. As you do not meet any of the above stated criteria, your request is denied.

If you are dissatisfied with this response, you may file an appeal pursuant to P.S. 1330.17, <u>Administrative Remedy Program</u>, within 20 calendar days of the date of this response.

_____
J. Fikes, Warden

06-04-2021
Date

U.S. District Court
Wisconsin Eastern
JUL 12 2021
FILED
Clerk of Court