Karl Schneider
16464-089 K2
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN. 55072

16464-089
Clerk Of Courts
517 E Wisconsin AVE
Milwaukee, WI 53202
United States

U.S. Postage
Eastern District of Wisconsin
JUL 12 2021


