# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARL SCHNEIDER,<br><br>Defendant. | Case No. 18-CR-24-1-JPS<br><br>**ORDER** |

On July 12, 2021, the defendant in this case filed a motion for compassionate release. (Docket #85). Pursuant to Judge Griesbach's January 8, 2019 General Order on the First Step Act of 2018, which appoints Federal Defender Services of Wisconsin, Inc. ("FDS") to advise and represent individuals filing motions for compassionate release, the matter is herewith referred to FDS for review. FDS must inform the Court by **July 30, 2021** whether it intends to file anything further on the defendant's behalf. The Bureau of Prisons is directed to release the defendant's medical records to FDS for review. If any medical records are placed on the docket, they must be filed in a restricted form, so that they are only accessible to the parties.

Accordingly,

**IT IS ORDERED** that this matter is herewith **REFERRED** to the Federal Defender Services for review; and

**IT IS FURTHER ORDERED** that Federal Defender Services shall inform the court by **July 30, 2021** whether it intends to file anything further on the defendant's behalf.

Dated at Milwaukee, Wisconsin, this 16th day of July, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge